NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER L. COOPER,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3112

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110003-I-1.

## ORDER

Upon consideration of Alexander L. Cooper's submission of his Statement Concerning Discrimination and the court's September 6, 2012 order,

IT IS ORDERED THAT:

(1) The mandate is recalled, the court's May 15, 2012 dismissal order is vacated, and the petition is reinstated.

(2) Cooper's motion for leave to proceed in forma pauperis is granted.

(3) Cooper's informal brief is due within 21 days of the date of filing of this order.

ALEXANDER COOPER V. DVA                                          2

FOR THE COURT

**OCT 0 1 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Alexander L. Cooper (informal brief form enclosed)
     P. Davis Oliver, Esq.

s25